# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JAMES DRAUCKER,<br>#23-000262 | § § § § § § § | |
| v. | | CIVIL ACTION NO. 3:23-CV-1043-S-BN |
| STATE OF TEXAS | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. And the Court **TERMINATES** all pending motions, including for a temporary restraining order, for the reasons set forth in the findings, conclusions, and recommendation.

**SO ORDERED.**

SIGNED July 13, 2023.

_____
UNITED STATES DISTRICT JUDGE